UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS KELLEY,                                    CASE NO. 2:11-CV-13116
                                                  JUDGE VICTORIA A. ROBERTS
          Plaintiff,                              MAGISTRATE JUDGE PAUL J. KOMIVES
  v.

CITY OF PONTIAC, et al.,

          Defendants.
                                              /

### ORDER REGARDING PLAINTIFF'S PRO SE OCTOBER 22, 2014 (Doc. Ent. 87) and PRO SE NOVEMBER 4, 2014 (Doc. Ent. 90) FILINGS

Since the Court's October 3, 2014 order (Doc. Ent. 86) granting plaintiff's counsel's July 3, 2014 motion to withdraw as counsel for plaintiff (Doc. Ent. 81) and directing plaintiff to inform the Court regarding his representation, four (4) matters have been filed:

- plaintiff's October 22, 2014 pro se letter to the Clerk of the Court (Doc. Ent. 87)

- the Oakland County defendants' October 28, 2014 answer (Doc. Ent. 88) to plaintiff's correspondence (Doc. Ent. 87)

- attorney Cyril C. Hall's October 29, 2014 appearance (Doc. Ent. 89) as counsel for plaintiff

- plaintiff's November 4, 2014 pro se letter to Judge Roberts (Doc. Ent. 90)

Upon consideration, the Court will take no action on plaintiff's pro se October 22, 2014 and pro se November 4, 2014 filings (Doc. Entries 87 and 90), as plaintiff is now represented by counsel. Plaintiff is DIRECTED to consult with his attorney.

      IT IS SO ORDERED.

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections

for consideration by the district judge under 28 U.S.C. § 636(b)(1).


Dated: November 5, 2014          s/ Paul J. Komives
                                 PAUL J. KOMIVES
                                 UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 5, 2014, electronically and/or by U.S. Mail.

                                 s/Michael Williams
                                 Case Manager for the
                                 Honorable Paul J. Komives