UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS KELLEY,

    Plaintiff,        Case No. 11-13116
                Hon. Victoria A. Roberts
v.

MARC FERGUSON, et al.

    Defendant.
                   /

## ORDER BARRING PRO SE FILINGS BY A REPRESENTED PARTY

Marcus Kelley ("Kelley") is the plaintiff in a matter before this Court. Although Kelley is represented by counsel, he submitted "documentation" on his own to the Court (Doc. # 97).

There is no constitutional right to "hybrid representation - the representation at the same time by counsel and *pro se*." *United States v. Trapnell*, 638 F.2d 1016, 1027 (7th Cir. 1980). "A district court enjoys wide latitude in managing its docket and can require represented parties to present motions through counsel." *Mitchell v. Senkowski*, 489 F. Supp. 2d 147, 149 (N.D.N.Y. 2006). Thus, a district court may refuse to accept *pro se* submissions once an attorney has been retained. *Id.* See also, *United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998) ("A defendant does not have an affirmative right to submit a pro se brief when represented by counsel. In the absence of such a right, we decline to accept [defendant's] pro se motion or brief. The motion and brief are stricken as improperly before the Court.").

The Court **STRIKES** (Doc.# 97) from the record, and rejects all future *pro se*

filings by Kelley. As long as Kelley is represented by counsel, all future filings must be submitted through his counsel.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: March 19, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record and Marcus Kelley by electronic means or U.S. Mail on March 19, 2015.

s/Linda Vertriest
Deputy Clerk